

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-17-00826-CR

James **STRIBLIN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR08935
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was originally due on April 6, 2018. On April 24, 2018, the clerk of this court notified the court reporter, Maria Fattahi, that she is the court reporter responsible for timely filing a portion of the reporter's record in this appeal and that her portion of the reporter's record is late. The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days. Otherwise, the court reporter must file the reporter's record within thirty days.

Ms. Fattahi did not timely file a notification of late record, nor has she filed the reporter's record. We, therefore, ORDER Maria Fattahi to file the reporter's record no later than **July 23, 2018**. If the reporter's record is not received by such date, an order may be issued directing Maria Fattahi to appear and show cause why she should not be held in contempt for failing to file the record.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court